## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**JANUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 70**

In the Matter of

JASON ZVER,
Plaintiff,
v.
CITY OF CHICAGO, et al.
Defendants.

Case Number:

**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JASON ZVER

| | |
|---|---|
| NAME (Type or print) | |
| Jeffrey B. Granich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeffrey B. Granich | |
| FIRM | |
| Law Office of Jeffrey B. Granich | |
| STREET ADDRESS | |
| 53 West Jackson Blvd., Suite 840 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6207030 | 312-939-9009 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐