UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JASON ZVER,                                )
                                           )
        Plaintiff,                   )
                                           )
v.                                         )   NO.  08 C 70
                                           )
CITY OF CHICAGO, ILLINOIS and              )   Judge Bucklo
CHICAGO POLICE OFFICER                     )   Magistrate Judge Nolan
J. A. NOWAK, Star No. 9632, and            )
CHICAGO POLICE OFFICER                     )
D. J. STRIEGEL, Star No. 14511,            )
                                           )
        Defendants.                  )

**MOTION OF DEFENDANTS NOWAK AND STRIEGEL TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

      Defendants, Jared A. Nowak and David Striegel by one of their attorneys, Thomas J. Platt, Assistant Corporation Counsel, for their Motion to Extend the Time to Answer or Plead to the Complaint in this cause through March 28, 2008, state as follows:

      1.      This matter is a case under 42 U.S.C. §1983 alleging false arrest and unlawful search and pleads state claims for false imprisonment, malicious prosecution and intentional infliction of emotional distress. Plaintiff has also brought §1983 and state law claims against co-defendant, City of Chicago.

      2.      The individual officer defendants were served on January 31, 2008 (Defendant Nowak) and February 8, 2008 (Defendant Striegel). Counsel for defendants have not had an opportunity to meet with the officers or obtain the necessary police records to prepare a responsive pleading.

      3.      Defendants request through March 28, 2008,  to file their responsive pleading to

the complaint.

WHEREFORE, Defendants Jared A. Nowak and David Striegel request that this court enter an order allowing defendants through March 28, 2008 to file their responsive pleading to the complaint in this cause.

                                                          Respectfully submitted,

/s/ Thomas J. Platt
Chief Assistant Corporation Counsel
Attorney for individual Defendants

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260

February 27, 2008