UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON ZVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 70 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS and | ) | Judge Bucklo |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Nolan |
| J. A. NOWAK, Star No. 9632, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| D. J. STRIEGEL, Star No. 14511, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Jeffrey Granich
Katie Z. Ehrmin
Law Officer of Jeffery Granich
53 W Jackson Blvd. Suite 840
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Motion of Defendants Nowak and Striegel to Extend Time to File Answer or other Responsive Pleading.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo at 9:15 a.m. on March 5, 2008, or as soon as counsel may be heard, and then and there present the above stated motion.

**DATED** at Chicago, Illinois this February 27, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing Motion of Defendants to Extend Time to File Answer or other Responsive Pleading to be served via the electronic filing system of the Northern District of Illinois to the persons named above at the addresses therein shown, on February 27, 2008.

/s/ Thomas J. Platt
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602     (312) 744-4833

Case 1:08-cv-00070   Document 13   Filed 02/27/2008   Page 2 of 2