IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON ZVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.  08 C 70 |
| ) | |
| CITY OF CHICAGO, ILLINOIS and ) | JUDGE BUCKLO |
| CHICAGO POLICE OFFICER ) | MAGISTRATE JUDGE NOLAN |
| J. A. NOWAK, Star No. 9632, and ) | |
| CHICAGO POLICE OFFICER ) | |
| D. J. STRIEGEL, Star No. 14511, ) | |
| ) | |
| Defendants. ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully asks this Honorable Court for an extension of time up to and including March 28 ,2008, in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. This matter was filed on January 4, 2008, in the United States District Court, Northern District of Illinois.  ACC Rita Moran was assigned the case on behalf of the City on March 4, 2008.

2. The undersigned has not yet received any of the Chicago Police Department records to enable Defendant to properly respond to Plaintiff's Complaint.

3. This motion is Defendant's first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

4. Plaintiff's counsel was informed of this motion on March 4, 2008, and agrees with its terms.

**WHEREFORE**, Defendant, City, respectfully asks for an order extending the time to answer or otherwise plead to March 28, 2008.

                        Respectfully Submitted,

                        MARA S. GEORGES
                        CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
                        RITA MORAN
                        Assistant Corporation Counsel
                        Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 4th day of March, 2008.

                        /s/ Rita Moran
                        RITA MORAN