IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON ZVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 70 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS and | ) | JUDGE BUCKLO |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE NOLAN |
| J. A. NOWAK, Star No. 9632, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| D. J. STRIEGEL, Star No. 14511, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other Judge sitting in her place or stead, on the 10th day of March, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 4th day of March, 2008.

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                              BY:    /s/ Rita Moran
                                        RITA MORAN
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301