UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON ZVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | NO.  08 C 70 |
| ) | |
| CITY OF CHICAGO, ILLINOIS and ) | JUDGE BUCKLO |
| CHICAGO POLICE OFFICER ) | MAGISTRATE JUDGE NOLAN |
| J. A. NOWAK, Star No. 9632, and ) | |
| CHICAGO POLICE OFFICER ) | |
| D. J. STRIEGEL, Star No. 14511, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

To:   All parties of record

   PLEASE TAKE NOTICE that on the 28th day of March 2008, the City of Chicago electronically filed its Answer, Defenses, and Jury Demand to Plaintiffs' Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

   I hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are "ECF" filers in this matter this 28th  day of March 2008.

                                        Respectfully submitted,

                                        MARA S. GEORGES,
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                          By:     _/s/ Joan P. Altman_
                                        JOAN P. ALTMAN
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-2826 Office
(312) 744-3989 Fax
Attorney No. 6285629