IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON ZVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 08 C 70 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO | ) | JUDGE BUCKLO |
| POLICE OFFICER  J. A. NOWAK, Star No. 9632, | ) | |
| and CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE NOLAN |
| D. J. STRIEGEL, Star No. 14511, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Jason Zver, by one of his attorneys, Jeffrey B. Granich, and defendants, Jared A. Nowak and David Striegel , by their attorney, Thomas J. Platt, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Jason Zver, against defendants, City of Chicago, Jared A. Nowak and David Striegel, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas J. Platt
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-4833
Attorney No. 06181260

ENTER:_____
    Elaine E. Bucklo
    United States District Judge

DATED:____6/3/08_____

Case 1:08-cv-00070 Document 23 Filed 06/03/2008 Page 2 of 2